1 | DIANE AQUI (SB# 217087)
JUSTIN D. HEIN (SB# 249275)
2 | jhein@smithdollar.com
SMITH DOLLAR PC
3 | Attorneys at Law
418 B Street, Fourth Floor
4 | Santa Rosa, CA 95401
Telephone: (707) 522-1100
5 | Facsimile: (707) 522-1101

6 | Attorneys for Plaintiff
PAWEL ROGOCZ
7 |

8 | HEATHER A. MORGAN (SB# 177425)
AMANDA BOLLIGER (SB# 250292)
9 | CARLOS I. MARTINEZ-GARCIA (SB# 300234)
heathermorgan@gbgllp.com
10 | amandabolliger@gbgllp.com
carlosmartinez@gbgllp.com
11 | GBG LLP
601 Montgomery Street, Suite 1150
12 | San Francisco, CA 94111
Telephone: (415) 603-5000
13 | Facsimile: (415) 840-7210

14 | Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAWEL ROGOCZ, | Case No. 5:19-cv-07424-EJD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTENDING TIME FOR DEFENDANT TO FILE RESPONSE TO FIRST AMENDED COMPLAINT** |
| vs. | |
| MICROSOFT CORPORATION, and DOES 1 THROUGH 25, INCLUSIVE, | |
| Defendants. | Judge:     Hon. Edward J. Davila<br>Courtroom: 4 |

1    Pursuant to Civil Local Rule ("LR") 6-2(a), 7-12 and 16-2(e), Plaintiff Pawel Rogocz ("Plaintiff") and Defendant Microsoft Corporation ("Defendant") (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on November 12, 2019, Plaintiff filed this action in the above-entitled court.

WHEREAS, on November 12, 2019, Plaintiff served the Complaint on Defendant's agent for service of process.

WHEREAS, on November 25, 2019, the Parties stipulated to extend the deadline for Defendant to file a responsive pleading to December 20, 2019, in light of Defendant's counsel having just been retained and the upcoming Thanksgiving holiday and to allow sufficient time to analyze the Complaint and prepare a responsive pleading.

WHEREAS, on December 12, 2019, the Parties stipulated to a further extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint from December 20, 2019 to January 20, 2020, in light of Plaintiff's stated intention to amend the Complaint to address Plaintiff's position that the Complaint arises under Washington law and to add factual allegations that Plaintiff contends will demonstrate the timeliness of Plaintiff's defamation claim. The Parties further agreed to extend Defendant's deadline to answer or otherwise respond to such resulting Amended Complaint filed and served by Plaintiff to thirty (30) days after service of the Amended Complaint. *See* Dkt. 14.

WHEREAS Plaintiff filed the operative First Amended Complaint on January 17, 2020. *See* Dkt. No. 15.

WHEREAS, Defendant's current deadline to file and serve its responsive pleadings to Plaintiff's First Amended Complaint is February 18, 2020.

WHEREAS, the Parties have been engaged in informal settlement negotiations and exchange of informal discovery and have now agreed to pursue early mediation of this case. The Parties are working to identify a mutually agreeable mediator so that mediation can be scheduled at the earliest available date.

WHEREAS, the Parties require additional time to meet and confer regarding potential issues of venue, forum selection, and choice of law that may bear upon Defendant's responsive pleading, and to schedule and complete early mediation.

WHEREAS, the Court set the Case Management Conference ("CMC") to take place on February 20, 2020 at 10:00 a.m. *See* Dkt. 12.

WHEREAS, the current deadline for the Parties to file their joint or separate CMC statement, Rule 26(f) report and discovery plan, and to make initial disclosures pursuant to Federal Rule of Civil Procedure 26(f) is February 13, 2020. See Dkt. 4, revised by 12.

WHEREAS, the Parties agree that it would be in the interest of judicial economy to continue the CMC to May 20, 2020, and extend Defendant's deadline to respond to the First Amended Complaint to April 17, 2020, and to extend the Parties' deadlines to file their joint or separate CMC statement, Rule 26(f) report and discovery plan, and to make initial disclosures to May 1, 2020.

WHEREAS the Parties agree there is good cause to continue the CMC. The Parties make these requests for deadline extensions in the interests of judicial economy, and to otherwise avoid the unreasonable consumption of the Court's and the Parties' time and resources (including on potential motion practice regarding issues of venue, forum selection, and choice of law issues), as the Parties will endeavor to use the additional time to explore the possibility of settlement of the action.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that:

1. The Initial CMC currently scheduled for February 20, 2020 should be continued to May 20, 2020 or such date thereafter as may be available to the Court;
2. Defendant's deadline to answer or otherwise respond to Plaintiff's complaint shall be extended to April 17, 2020; and

Case No. 5:19-cv-07424-EJD     -2-     STIPULATION AND [PROPOSED] ORDER

3. The deadline for the Parties to file their joint or separate CMC statement(s), Rule 26(f) report and discovery plan, and to make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(f) should be extended to May 1, 2020.

Respectfully submitted,

DATED: February 5, 2020       SMITH DOLLAR PC

BY: _____
Justin D. Hein
Attorneys for Plaintiff
PAWEL ROGOCZ

DATED: February 5, 2020       GBG LLP

BY: _____
Amanda Bolliger
Attorneys for Defendant
MICROSOFT CORPORATION

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

DATED: February 5, 2020       SMITH DOLLAR PC

BY: _____
Justin D. Hein
Attorneys for Plaintiff
PAWEL ROGOCZ

~~[PROPOSED]~~ **ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that

1. The Initial CMC currently scheduled for February 20, 2020 is continued to ~~May 20, 2020 at 10:00 a.m.;~~ May 21, 2020 at 10:00 a.m.

2. Defendant's deadline to answer or otherwise respond to Plaintiff's complaint is extended to April 17, 2020.

3. The deadline for the Parties to file their joint or separate CMC statement, Rule 26(f) report and discovery plan, and to make initial disclosures pursuant to Federal Rule of Civil Procedure 26(f) is extended to ~~May 1, 2020.~~ May 11, 2020

**IT IS SO ORDERED.**

DATED: 2/6/2020

_____
Hon. Edward J. Davila